**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Tennessee

Case number (*If known*): _____    Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Southern Care Inc. | |
| 2. **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 62-1510904 | |
| 4. **Debtor's address** | **Principal place of business**  3595 Carothers Parkway  Number   Street  _____  Franklin    TN    37067  City    State    ZIP Code  Williamson County  County | **Mailing address, if different from principal place of business**  Number   Street  P.O. Box  City    State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City    State    ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  Southern Care Inc.
Name

Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*
   ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   623312

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☑ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check **all** that apply*:

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When ___/___/_____ Case number _____
             District _____ When ___/___/_____ Case number _____
                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ___/___/_____
                                 MM / DD / YYYY
           Case number, if known _____

| Debtor | Southern Care Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?** _____
  Number   Street

_____

_____  _____  _____
City                                State     ZIP Code

**Is the property insured?**

❏ No
❏ Yes. Insurance agency _____
         Contact name _____
         Phone        _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

❏ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❏ 1-49
☑ 50-99
❏ 100-199
❏ 200-999

❏ 1,000-5,000
❏ 5,001-10,000
❏ 10,001-25,000

❏ 25,001-50,000
❏ 50,001-100,000
❏ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
❏ $50,001-$100,000
❏ $100,001-$500,000
❏ $500,001-$1 million

❏ $1,000,001-$10 million
❏ $10,000,001-$50 million
❏ $50,000,001-$100 million
❏ $100,000,001-$500 million

❏ $500,000,001-$1 billion
❏ $1,000,000,001-$10 billion
❏ $10,000,000,001-$50 billion
❏ More than $50 billion

Official Form 201                     Voluntary Petition for Non-Individuals Filing for Bankruptcy                       page 3
Case 3:21-bk-03632    Doc 1    Filed 11/29/21    Entered 11/29/21 12:24:28    Desc Main
                              Document      Page 3 of 8

| Debtor | Southern Care Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/29/2021
           MM / DD / YYYY

✘ /s/ Richard Chavez                          Richard Chavez
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✘ /s/ Justin Campbell                  Date  11/29/2021
Signature of attorney for debtor                MM / DD / YYYY

Justin Campbell
Printed name

Thompson Burton PLLC
Firm name

6100 Tower Circle Suite 200
Number     Street

Franklin                                TN        37067
City                                    State     ZIP Code

6154656015                              justin@thompsonburton.com
Contact phone                           Email address

031056                                  TN
Bar number                              State

A Place for Mom
701 Fifth Avenue, Suite 3200
Seattle, WA 98104

Accident Fund Insurance Company of America
P.O. Box 40790
Lansing, MI 48901

Action Security Systems
4222 Nolensville Pike
Nashville, TN 37211

Aire-Master
P.O. Box 2310
Nixa, MO 65714

Alexis Clemons
911 B. Glass Street
Franklin, TN 37064

Alice & Grady Gaskill
2085 Carters Creek Pike
Franklin, TN 37064

Alicia Waddey

All Star Pest Control
933 Bluff Road
Brentwood, TN 37027

Alvaro Valdovines
3305 Taylorwood Lane
Spring Hill, TN 37174

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Aminah Khalil
7015 Tartan Drive
Brentwood, TN 37027

Ashley Smith
123 Jackson Street
Mount Pleasant, TN 38474

ATMOS Energy Corporation
P.O. Box 650205
Dallas, TX 75265

Audrie Baty
7111 Birchbark Drive

Auto-Chlor
1518 Antioch Pike
Antioch, TN 37013

Chelsey Brown
7315 Birchbark Drive

Claudia Grimes
3805 Lunn Drive
Nashville, TN 37218

Claxton Dietetic Solutions, LLC
713 Westborough Road
Knoxville, TN 37909

Comcast
1701 John F. Kennedy Blvd
Philadelphia, PA 19103

Conversion First Marketing
5311 Main Street, Suite F
Spring Hill, TN 37174

Danielle Brown

Davis Morris
7447 S. Germantown Square
Germantown, TN 38138

Direct Supply TELS
7301 W. Champions Way
Milwaukee, WI 53223

Donzell Black
5353 Cane Ridge Rd.
Antioch, TN 37013

Doris Hubbell
4426 Gosey Hill Road
Franklin, TN 37064

Dorothy Lawrence
2830 Rural HIll Circle
Nashville, TN 37217

Elizabeth Hargrove
625 W. Meade
Franklin, TN 37064

Ellen Bogle
6430 Arno Road
Franklin, TN 37067

Ellen Grenfell
2982 Bridle Drive
Murfreesboro, TN 37129

Enyi James
10202 South Course View
Franklin, TN 37067

Eva Barnes
3306 Austin Lane
Nashville, TN 37207

Ferguson Enterprises
P.O. Box 2778
Newport News, VA 23602

Four Seasons Landscaping
6533 Holt Road
Nashville, TN 37211

Franklin Water Management Department
109 3rd Avenue South
Franklin, TN 37064

Guy Malley
2211 Henderson Drive
Spring Hill, TN 37174

Indeed, Inc.
6433 Champion Grandview Way
Building 1
Austin, TX 78750

Iris James

Jane Chapman
5003 Wilkerson Drive
Franklin, TN 37067

Janet Garner

Jannifer Newell
4703 Murfressboro Road
Franklin, TN 37067

Jim Schneider
7402 Cold Harbor Court
Franklin, TN 37064

Joann King
124 Grenadien Drive
Franklin, TN 37064

John Wiley
1055 Pine Valley Road
Kingston Springs, TN 37082

Jose Lopez
1003 Silver Creek Road
Lewisburg, TN 37091

Judy Rizer
713 Glen Oaks Drive
Franklin, TN 37067

Julie Hill
3314 Fly Road

Kathleen Roberts
8325 Barren Fork Bridge Road
Bon Aqua, TN 37025

Kathy Collins
2718 Douglas Lane
Thompsons Station, TN 37179

Kenneth Demumbran
106 Oxford Drive
Franklin, TN 37064

Kimisha Edwards
5038 Mountain Springs Drive

Lillian Hamilton
129 Arsenal Drive
Franklin, TN 37064

Louise Fairbanks
201 East Palestine Avenue
Apt B-4
Madison, TN 37115

Marjorie Boren
177 Wynns Ferry Road
Dover, TN 37058

Marsha Poplin
712 Sills Ct.
Nashville, TN 37220

Mary Bennett
1000 Walden Creek Trace

Mary Hollingshead
1862 New Highway 7
Columbia, TN 38401

Melony Forrester
3326 Fly Road

Middle Tennessee Electric
P. O. Box 330008
Murfreesboro, TN 37133

Nellie Jackson
6442 Drumright Road
Franklin, TN 37064

Olivia Martin
1540 Place New Lascassas Hwy
Apt. 5140

Patricia Burke
300 4th Avenue South
Apt. 11
Franklin, TN 37064

Patricia Massey
104 Gilbert Drive
Franklin, TN 37064

Performance Food Group
12500 West Creek Parkway
Richmond, VA 23238

Ramona Carroll
10021 Judy Road
Lyles, TN 37098

Ramona Lopez
537 Jackson Avenue
Lewisburg, TN 37091

Robbin Rhodes
2311 Gimlet Road
Lawrenceburg, TN 38464

Robert Moulton
124 Two Valley Road
Hendersonville, TN 37075

RoseMary Mediamolle
4328 Long Lane
Franklin, TN 37064

S and E Partners
c/o Joshua D. Hankins - Hankins Law
117 Saundersville Road, Suite 205
Hendersonville, TN 37075

Samantha Mosley
3817 Talley Moore Road
Columbia, TN 38401

Sherry Vasey
7032 Mooreland Ct.
Christiana, TN 37037

Stacia Hawkins
6086 Maysbrook Lane
Franklin, TN 37064

Staples
500 Staples Drive
Framingham, MA 01702

Tennessean
1801 West End Avenue
Nashville, TN 37203

Theresa Weekley
134 Sara Dilton Road
Murfreesboro, TN 37127

Valerie Engelbrecht

Vicki Garrett
302 B. Carol Drive
Columbia, TN 38401

Virginia Grady
3336 Running Deer Creek
Castle Rock, CO 80109

Waste Management
800 Capital Street, Suite 3000
Houston, TX 77002

William Bartlett
4807 Briarwood Drive
Nashville, TN 37211

William McInnes
5901 Bending Chesnut Road
Franklin, TN 37064

Willie Kerr
209 Derby Lane
Franklin, TN 37069

United States Bankruptcy Court
Middle District of Tennessee

In re: Southern Care Inc.

Case No.

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 11/29/2021

/s/ Richard Chavez
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor